UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KEITH MICHAEL KIRCHNER,

Plaintiff,

v.  Case No: 5:17-cv-197-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

## ORDER

THIS CAUSE concerns Plaintiff Keith Michael Kirchner's appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his application for Disability Insurance Benefits and Supplemental Security Income (Doc. 1). On June 25, 2018, the United States Magistrate Judge issued a report and recommendation (the "Report") recommending that the Commissioner's decision be affirmed (Doc. 19). After review of the Report and Recommendation and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens' Report and Recommendation (Doc. 19) is **APPROVED** and **ADOPTED** and made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

DONE and ORDERED in Orlando, Florida, this 31 day of July, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record